United States District Court
Southern District of Texas

**ENTERED**

July 02, 2026

Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| YESSICA NOHEMI ANARIBA TORRES, | § § § | |
| Petitioner, | § | CIVIL ACTION NO. H-26-671 |
| | § | |
| vs. | § § | |
| | § | |
| RANDY TATE, Warden, Montgomery Processing Center, *et al.*, | § § § | |
| Respondents. | § § § | |

**ORDER**

The petitioner has filed a Motion to Enforce Habeas Order and for Immediate Release. (Docket Entry No. 10; Docket Entry No. 11). The respondents are **ordered** to file a response to the motion **by July 6, 2026**.

SIGNED on July 2, 2026, at Houston, Texas.

_____

Lee H. Rosenthal
Senior United States District Judge